1  MELINDA HAAG
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7

8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12 YADU KRISHNA AMGAIN,                    )
                                           )  No. C 10-2917 SC
13           Plaintiff,                     )
                                           )
14      v.                                  )  **STIPULATION TO DISMISS; AND**
                                           )  **[~~PROPOSED~~] ORDER**
15 ERIC HOLDER, JR., Attorney General of the )
   United States, et al.,                   )
16                                          )
             Defendants.                    )
17 _____ )

18     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney

19 of record, hereby stipulate to dismissal of the above captioned action pursuant to Fed. R. Civ. P.

20 41(a), Defendants having approved Plaintiff's I-730 petitions for his wife and child.  Each party to

21 bear its own costs and fees, and no attorneys' fees or costs under the Equal Access to Justice Act,

22 ///

23 ///

24 ///

25 ///

26

27

28

   Stipulation to Dismiss
   C10-2917 SC

1  or any other provision of law, will be sought in the above-captioned matter.

2  Date: August 31, 2010                          Respectfully submitted,

3                                                  MELINDA HAAG
                                                   United States Attorney

4

5                                                  _____/s/_____
                                                   ILA C. DEISS[1]
6                                                  Assistant United States Attorney
                                                   Attorneys for Defendants
7

8

9  Date: September 9, 2010                         _____/s/_____
                                                   AJAI MATHEW
                                                   Attorney for Plaintiff
10

11

12                                    **ORDER**

13         Pursuant to stipulation, IT IS SO ORDERED.

14

15  Date:   9/10/10                     _____

16  SAMU                                United                        dge

17

18

19

20

21

22

23

24

25

26  _____

27     [1]  I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures
    indicated by a "conformed" signature (/S/) within this e-filed document.

28

Stipulation to Dismiss
C10-2917 SC                              2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28